UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WISTON MONTES RESTREPO,<br>　　　　Petitioner,<br><br>　　v.<br><br>JL JAMISON,<br>*WARDEN, FEDERAL DETENTION CENTER OF PHILADELPHIA,*<br>　　　　Respondent. | :<br>:<br>:<br>:　No. 2:25-cv-6518<br>:<br>:<br>:<br>:<br>: |

### ORDER

**AND NOW**, on this 20th day of January, 2026, upon consideration of the Petition for Writ of Habeas Corpus, ECF No. 1; the Government's Response in Opposition, ECF No. 7; Petitioner's Reply, ECF no. 9; and Petitioner's Supplemental Reply, ECF No. 10; and for the reasons set forth in the Opinion issued this date; it is hereby **ORDERED THAT**:

The Petition for Writ of Habeas Corpus, ECF No. 1, is **GRANTED in part**, as follows:

1. Petitioner Wiston Montes Restrepo is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and instead may be detained, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

2. **Within seven (7) days of the date of this Order**, the Government SHALL provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a);

3. If a bond hearing is not held before an Immigration Judge within seven (7) days, the Government shall immediately RELEASE Petitioner from custody; and

4. The Clerk of Court shall mark this case **CLOSED.**

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*　　　　　　
　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　United States District Judge